IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMA NICOLE HENSON,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **KILOLO KIJAKAZI,**[1] **Acting** | : | **No. 20-cv-03630-RAL** |
| **Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW** this 10th day of December, 2021, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Petitioner's Complaint (Doc. No. 1), Brief and Statement of Issues (Doc. No. 17), and Reply Brief (Doc. No. 19) is **DENIED** and the arguments of the Acting Commissioner as set forth in the Defendants Response to Request for Review of Plaintiff (Doc. No. 18) are adopted as addressed in the Memorandum Opinion;

2. **JUDGMENT IS ENTERED** by separate document, in favor of the Acting Commissioner of Social Security, KILOLO KIJAKAZI, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").

3.  The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                              **BY THE COURT:**

                                       *s/Richard A. Lloret*
                                       **RICHARD A. LLORET**
                                        **U.S. Magistrate Judge**